```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEXIS F. HARVEY,

                Plaintiff,

      -v-

BUSINESS INTEGRITY COMMISSION, ET AL.,

                Defendants.
------------------------------------------------------------------X

**ORDER**

24-CV-924 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court has received a Notice of Motion to File First Amended Complaint from Plaintiff Alexis F. Harvey. The Court construes this notice of motion as the Motion to File First Amended Complaint itself. Plaintiff states that defendants consent to the requested extension, and defendants have filed no letter on the docket to oppose this request.

Accordingly, Plaintiff's Motion for Leave to File First Amended Complaint is hereby GRANTED. Plaintiff's First Amended Complaint shall be filed no later than October 25, 2024. Further, defendants' Motion to Dismiss Complaint (Doc. No. 16) is hereby TERMINATED as moot.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: September 18, 2024
       New York, New York

                                                          _____
                                                          Hon. Henry J. Ricardo
                                                          United States Magistrate Judge

1