```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS F. HARVEY,

                Plaintiff(s),

-v-

BUSINESS INTEGRITY COMMISSION,

                Defendant(s).

**ORDER**

24-CV-924 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Defendant Business Integrity Commission submitted a proposed briefing schedule, indicating that Plaintiff Harvey consents to the proposed schedule. The parties' joint motion for entry of a briefing schedule is hereby GRANTED.

- Plaintiff will serve her amended complaint on or before October 25, 2024.
- Defendant will serve its response on or before December 13, 2024.
- Plaintiff will serve its opposition, if any, on or before January 10, 2025.
- Defendant will serve its reply, if any, on or before February 7, 2025.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se litigant.

**SO ORDERED.**

Dated: October 22, 2024
       New York, New York

                                                    Henry J. Ricardo
                                                    United States Magistrate Judge