UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS F. HARVEY,

                  Plaintiff,

-v-

BUSINESS INTEGRITY COMMISSION, ET AL.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/22/2025__

**ORDER**

24-CV-924 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      By Order dated August 21, 2025, Judge Clarke adopted the undersigned's Report and Recommendation, ECF No. 36 (the "R&R"), that Defendants' motion to dismiss be denied with regard to Plaintiff's claim for FMLA retaliation and granted with regard to Plaintiff's other claims but with leave for Plaintiff to replead those claims.  ECF No. 37.

      Accordingly, although she is not required to do so, if Plaintiff wishes to pursue her claims in addition to the FMLA retaliation claim, she may file an amended complaint.  To the greatest extent possible, Plaintiff's amended complaint must address the deficiencies identified in the undersigned's R&R.  **The amended complaint will completely replace, not supplement, the existing complaint.**  Therefore, Plaintiff must include in the amended complaint all information necessary for her claims, including all relevant allegations from her original complaint.

1

Plaintiff's amended complaint, if any, shall be filed by **September 11, 2025**.

Defendants' response to the operative complaint shall be filed by **September 25, 2025**.

**SO ORDERED.**

Dated: August 22, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge