UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS F. HARVEY,

Plaintiff,

-against-

BUSINESS INTEGRITY COMMISSION and THE CITY OF NEW YORK,

Defendants.

24-CV-924 (JGLC) (HJR)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

JESSICA G. L. CLARKE, United States District Judge:

This motion to dismiss was referred to Magistrate Judge Ricardo for a Report and Recommendation. *See* ECF Nos. 8, 42. In the Report and Recommendation filed on June 24, 2026, Magistrate Judge Ricardo recommended that the motion be granted in part and denied in part. *See* ECF No. 47. Specifically, Judge Ricardo recommended that the following claims survive Defendants' motion to dismiss: interference in violation of the Family Medical Leave Act ("FMLA"), retaliation in violation of the FMLA, disability discrimination under the New York State Human Rights Law ("NYSHRL") and New York City Human Rights Law ("NYCHRL"), discrimination in violation of the NYSHRL and NYCHRL, retaliation under the NYSHRL and NYCHRL, and hostile work environment under the NYSHRL and NYCHRL. *See id.* Meanwhile, Judge Ricardo recommended that the following claims be dismissed: associational discrimination in violation of the Americans with Disabilities Act ("ADA"), disability discrimination in violation of the ADA, retaliation in violation of the ADA, hostile work environment in violation of the ADA, and constructive discharge in violation of the ADA, the NYSHRL, and the NYCHRL. *See id.*

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28

U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that there is no clear error on the face of the record. *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). This clearly erroneous standard also applies when a party makes only conclusory or general objections, or simply reiterates his original arguments. *See, e.g.*, *Ortiz v. Barkley*, 558 F. Supp. 2d 444, 451 (S.D.N.Y. 2008).

In the present case, the Report and Recommendation advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. *See* ECF No. 47. In addition, the Report and Recommendation expressly called the parties' attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The Court then further extended Plaintiff's deadline to object to the Report and Recommendation to July 22, 2026, as well as Defendants' deadline to respond to any objections to August 21, 2026. ECF No. 49. Nevertheless, as of the date of this Order, no objections have been filed and no additional request for an extension of time to object has been made. Accordingly, the parties waived the right to object to the Report and Recommendation or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the motion and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is ADOPTED in its entirety.

In addition, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate ECF No. 42 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 1, 2026
New York, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge