USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS F. HARVEY,

Plaintiff,

-v-

BUSINESS INTEGRITY COMMISSION, ET AL.,

Defendants.

**ORDER**

24-CV-924 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' motion requesting to extend the answer deadline and adjourn the case management conference. ECF No. 54. The requests are **GRANTED**.

Defendants shall file their answer to the complaint by **October 9, 2026**. The case management conference scheduled for September 30, 2026 by Order dated September 2, 2026 is adjourned to **October 28, 2026**, at **10:00 a.m.** by telephone. The pro se litigant and counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 930 483 058#). The parties shall submit a proposed scheduling order by email no later than **October 26, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 54 as **GRANTED**.

**SO ORDERED.**

Dated: September 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge